# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
### Chicago, Illinois 60604

May 16, 2006

Hon. JOEL M. FLAUM, Chief Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| RONALD T. BORELLO,<br>*Plaintiff-Appellee,*<br><br>No. 05-3515     v.<br><br>RICHARD ALLISON, LISA GALES, JOHN LIEFER,<br>and JOHN INMAN,<br>*Defendants-Appellants.* | ] Appeal from the United States<br>] District Court for the Southern<br>] District of Illinois.<br>]<br>]<br>] No. 02 CV 51<br>]<br>] J. Phil Gilbert,<br>]    *Judge.* |

### O R D E R

The opinion issued in the above-entitled case on May 11, 2006, is hereby amended as follows:

> On Page 11, in the first line of the second paragraph, please change "Defendant" to "Plaintiff".